NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PAUL WEDMORE,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D17-2295
                                       )
KEVIN PAUL O'CONNOR and FRAN           )
O'CONNOR,                              )
                                       )
            Appellees.                 )
_____)

Opinion filed March 2, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack St. Arnold, Judge.

Jeffrey D. Jensen and T.R. Unice, Jr. of
Unice Salzman Jensen, P.A., Trinity, for
Appellant.

Michael C. Addison of Addison Law
Office, P.A., Tampa, for Appellee Kevin
Paul O'Connor.

No appearance for remaining Appellee.


PER CURIAM.

            In the order on appeal, the trial court awarded Kevin and Fran O'Connor

attorney's fees and costs pursuant to an offer of judgment made under section 768.79,

Florida Statutes (2013).  We affirm the award of attorney's fees without comment.  We

reverse the costs award in two respects. First, as the O'Connors correctly concede, the trial court made a mistake by awarding costs for expert witness fees absent testimony concerning the reasonableness and necessity of the fee—which it was required to take upon Mr. Wedmore's timely objection. See Field Club, Inc. v. Alario, 180 So. 3d 1138, 1141 (Fla. 2d DCA 2015). Second, the order incorrectly assessed costs for medical record copies at a rate in excess of the reasonable rate set by Florida Administrative Code Rule 64B8-10.003(2). We remand with instructions for the trial court to (1) as the O'Connors suggest, deduct the expert witness fees from the award of costs, see Alario, 180 So. 3d at 1142, and (2) determine a reasonable amount of costs for copies of medical records and include only those reasonable costs in the cost award, see Rodriguez v. Campbell, 720 So. 2d 266, 268 (Fla. 4th DCA 1998).

Affirmed in part, reversed in part, and remanded with instructions.

LaROSE, C.J., and SILBERMAN and SALARIO, JJ., Concur.